ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7200
>FAX: (415) 436-7234
>Ross.weingarten@usdoj.gov

Attorneys for United States of America

```
FILED
JUNE 27 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENYANA JONES, <br><br> Defendant. | NO. 18-0099 MAG <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information as to Kenyana Jones.

DATED: June 27, 2023                              Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                         /s/
                                                  ROSS WEINGARTEN
                                                  Assistant United States Attorney

NOTICE OF DISMISSAL
No. CR 18-0099 MAG                                                              v. 8/4/2021

1   Leave is granted to the government to dismiss the Information as to Kenyana Jones.

4   Date: June 27, 2023

*Sallie Kim*
HON. SALLIE KIM
United States Magistrate Judge